Case No. 13-2069

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

MARCUS A. MALEY

    Plaintiff - Appellant

v.

OCTAPHARMA PLASMA INC.; FLEMMING NILLSEN

    Defendants - Appellees

  Appellant having previously been advised that failure to satisfy certain specified obligations would result in dismissal of the case for want of prosecution and it appearing that the appellant has failed to satisfy the following obligation(s):

    The Appellant's Brief was not filed by September 27, 2013.

  It is therefore **ORDERED** that this cause be, and it hereby is, dismissed for want of prosecution.

                                  **ENTERED PURSUANT TO RULE 45(a),**
                                  **RULES OF THE SIXTH CIRCUIT**
                                  Deborah S. Hunt, Clerk

Issued: October 22, 2013

# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: October 22, 2013

Marcus A. Maley
631 W. First Avenue
Garnett, KS 66032

Mr. Bruce T. Wallace
Hooper Hathaway
126 S. Main Street
Ann Arbor, MI 48104

Re: Case No. 13-2069, *Marcus Maley v. Octapharma Plasma Inc., et al*
Originating Case No. : 2:12-cv-13892

Dear Sir or Madam,

The Court issued the enclosed (Order/Opinion) today in this case.

Sincerely yours,

s/Jill Colyer
Case Manager
Direct Dial No. 513-564-7024

cc: Mr. David J. Weaver

Enclosure

No mandate to issue